Jane HODGSON, M.D.; Arthur Horowitz, M.D.; Nadine T., Janet T., Ellen Z., Heather P., Mary J., Sharon L., Kathy M., and Judy M., individually and on behalf of all other persons similarly situated; Diane P., Sarah L. and Jackie H.; Meadowbrook Women's Clinic, P.A., Planned Parenthood of Minnesota, a nonprofit Minnesota corporation; Midwest Health Center for Women, P.A., a nonprofit Minnesota corporation; Women's Health Center of Duluth, a nonprofit Minnesota corporation, Appellees,

v.

The STATE OF MINNESOTA; Rudy Perpich as Governor of the State of Minnesota; Hubert H. Humphrey, III, as Attorney General of the State of Minnesota, Appellants.

Nos. 86–5423, 86–5431.

United States Court of Appeals, Eighth Circuit.

Submitted June 9, 1987.

Decided Nov. 13, 1987.

Before LAY, Chief Judge, HEANEY, Circuit Judge, and ROSENN,* Senior Circuit Judge.

PER CURIAM.

The petition for rehearing by the panel is granted and the opinion of this court previously filed, 827 F.2d 1191 (8th Cir.1987), together with the judgment entered in accordance with it, is vacated and withdrawn. This case will be held in abeyance pending a decision by the Supreme Court of the United States in *Hartigan v. Zbaraz,* —— U.S. ——, 107 S.Ct. 267, 93 L.Ed.2d 245 (1987). In view of the above order the petition for rehearing en banc is denied as moot.

SO ORDERED.